## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Jason White,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-145** |
| | § | |
| **Acceptance Now,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Jason White, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Acceptance Now, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Dated: April 3, 2019

Respectfully Submitted,

/s/ *Shawn Jaffer*
Shawn Jaffer (TX Bar # 24107817)
Shawn Jaffer Law Firm PLLC
9300 John Hickman Pkwy., Suite 1204
Frisco, TX 75035
Telephone: (214) 210-0730
Facsimile: (214) 594-6100
Email: shawn@jafflaw.com
*Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, a copy of the foregoing was electronically filed

with the Clerk of the Court, United States District Court for the Northern District of Texas

and served via CM/ECF upon the following:

Bradley Dickinson
Dickinson Barlett, P.C.
6440 N. Central Expressway
Dallas, TX 75206
Telephone: (214) 368-3055
Email: bradd@dblaws.com
*Attorney for Acceptance Now*

/s/ *Shawn Jaffer*
Shawn Jaffer