IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON WHITE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00145 |
| | § | |
| | § | |
| ACCEPTANCE NOW, | § | |
| | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jason White. and Defendant Acceptance Now. stipulate, pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii), to dismiss all causes of action against Acceptance Now with prejudice.

AGREED AS TO FORM AND CONTENT:

By:/s/ Shawn Jaffer_____
     SHAWN JAFFER
     State Bar No. 24107817

SHAWN JAFFER LAW FIRM, PLLC,
9300 John Hickman Pkwy, Suite 400
Frisco, Texas 75035
(214) 210-0730 – Telephone
(214) 594-6100 – Telecopy
shawn@jafflaw.com
ATTORNEYS FOR PLAINTIFF
JASON WHITE

By:<u>Bradlley Dickinson</u>
D. Bradley Dickinson
State Bar No. 05834200
DICKINSON | BARTLETT, P.C.
6440 North Central Expressway, Suite 412
Dallas, Texas 75206
(214) 368-3055 (Telephone)
(214) 368-3088 (Facsimile)
ATTORNEYS FOR ACCEPTANCE NOW