UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Jason White | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:19-cv-00145 |
| | § | |
| Acceptance Now | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Plaintiff and Defendant Acceptance Now have settled all claims against each other. The Court finds the Stipulation of Dismissal with Prejudice should be accepted by the Court, and the Plaintiff's causes of action against Defendant Acceptance Now are DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 23rd day of July, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE